# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

Julia C. Dudley, Clerk
116 North Main Street, Room 314
Harrisonburg, Virginia 22802
(540) 434-3181

March 21, 2012

Alice M. Deane

Re:   Alice M. Deane v. Marshalls, Inc., et al.,
      Case Number:  5:11cv00135

Dear Ms. Deane:

    Rule 4(m) of the Federal Rules of Civil Procedure states that, "If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.  This subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(j)(1)."

    Pursuant to this Rule, you are hereby given notice that the Court's record reflects that your complaint was filed on December 8, 2011 and as of this date service has not been executed on the defendant(s) Marshalls, Inc. and American Casualty Co. of Reading, PA.

    You have until April 10, 2012 to notify the Clerk of this Court that service has been accomplished on said defendant(s) or the named defendant(s) will be dismissed from the suit without prejudice by order of this Court.

Sincerely,

**JULIA C. DUDLEY, CLERK**

By:  s/ Jody Turner

/jat