CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

MAY 2 1 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

ALICE M. DEANE,                )      CASE NO. 5:11CV00135
                               )
        Plaintiff,             )
v.                             )      ORDER
                               )
MARSHALLS, INC., et al.,       )
                               )
        Defendants.            )      By:   B. WAUGH CRIGLER
                               )            U.S. MAGISTRATE JUDGE

Having been informed by the Clerk of Court that plaintiff never requested nor was issued

a summons to serve on the defendants in this case, it further appearing that the proof of service

executed by the plaintiff and filed on April 19, 2012 fails to demonstrate that service of a

summons together with the Complaint was properly executed, and the undersigned noting that

more than 120 days has elapsed since suit was filed without service having been made on

defendants under Fed. R. Civ. Pro. 4(m), it hereby is

O R D E R E D

that plaintiff shall have until June 5, 2012 to properly secure and effectuate service of a

summons, together with the Complaint, upon the defendants, as required by law or to show cause

why service has not been properly executed.  Failure to do so will lead to dismissal of this action.

The Clerk is directed to transmit a certified copy of this Order to all counsel of record and

mail a copy to the plaintiff.

ENTERED:  _____
          U. S. Magistrate Judge

          5/21/2012
          _____
          Date