IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| ALICE M. DEANE, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 5:11cv00135 |
| | ) |
| v. | ) |
| | ) By:  Michael F. Urbanski |
| MARSHALLS, INC., et al, | )       United States District Judge |
| | ) |
| Defendants. | ) |

## ORDER

In accordance with the Memorandum Opinion entered this date, it is hereby **ORDERED** that the Report and Recommendation entered by the Magistrate Judge is adopted; the motions to dismiss (Dkts. # 13 and # 19) filed by defendants Marshalls, Inc. and American Casualty Co. of Reading, PA are **GRANTED**; and this matter is hereby **DISMISSED with prejudice** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record for the defendant.

Entered:  November 30, 2012

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge